41 A.3d 1283

**Sidney MARTIN, Petitioner**

v.

**Michael HARLOW, Superintendent of SCI Albion, Seth Williams, District Attorney, Respondents.**

**No. 179 EM 2011.**

Supreme Court of Pennsylvania.

April 16, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 16th day of April, 2012, the "Application for Extraordinary Relief Invocation of King's Bench Powers" is **DENIED.**